MAURICE MAY, INC., Appellant, v. GUSTAV H. PETERSEN et al., Respondents, et al., Defendant.— No opinion. Concur—Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 1 A D 2d 664.]

LOUIS GLASSBERG, Respondent, v. ALEXANDROS CARASOULAS et al., Defendants, and JULIUS STEINHART et al., Appellants.— No opinion. Concur—Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

TERRY DAVIDSON et al., Plaintiffs, v. ALEXANDER'S DEP'T. STORES, INC., et al., Defendants. ALEXANDER'S DEP'T. STORES, INC., Third-Party Plaintiff-Respondent, v. SECOLES, INC., Third-Party Defendant-Appellant.— No opinion. Concur—Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

In the Matter of ALAMAC ESTATES, INC., Appellant, against JOSEPH D. McGOLDRICK (CHARLES ABRAMS), as State Rent Administrator, et al., Respondents.— No opinion. Concur—Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 1 A D 2d 765.]

In the Matter of KHELSHEK CORPORATION, Respondent, against LOUIS KHEEL, Appellant.— Concur—Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS I. ROTHENBERG, Appellant.— No opinion. Concur—Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

EVELYN WALKER, Respondent, v. JAMES C. WALKER, Appellant.— Concur—Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.